UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:22-cr-105-MMH-PDB

JOHNATHAN WILLIAM BROWN
_____

UNITED STATES OF AMERICA

v.   CASE NO. 3:22-cr-106-MMH-LLL

JOSHUA THOMAS BROWN
_____

**NOTICE OF RELATED CASE**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07(d) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar case which concerns common issues of law and facts.

Johnathan William Brown and Joshua Thomas Brown are brothers, who lived together prior to their arrest.

In view of the foregoing, there is factual overlap between the defendants' cases and there may be common questions of law presented at trial, sentencing, or other proceedings.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By: /s/ *Kelly S. Karase*
        KELLY S. KARASE
        Assistant United States Attorney
        Florida Bar No. 1031977
        300 N. Hogan Street, Suite 700
        Jacksonville, FL 32202-4270
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6310
        E-mail: kelly.karase@usdoj.gov

Dated: September 23, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mitchell A. Stone, Esq.
Counsel for Jonathan William Brown

Wade Martin Rolle, Esq.
Counsel for Joshua Thomas Brown

                                              */s/ Kelly S. Karase*
                                              KELLY S. KARASE
                                              Assistant United States Attorney