UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No:  3:22-cr-00106-MMH-LLL

JOSHUA BROWN

_____/

## NOTICE OF FILING SENTENCING MEMORANDUM

The Defendant, Joshua Brown, by and through his undersigned counsel, hereby provides notice of the filing of the Comprehensive Sentencing Mitigation Report, which includes a Table of Contents, and attaches Appendix I Exhibits A-J, and Appendix II Exhibits 1-8.

Respectfully submitted,

**First Coast Criminal Defense**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished through the CM/ECF portal to: D. Rodney Brown, Esq., Office of the United States Attorney, this 6th day of October, 2023.

  /s/ Alex King
ATTORNEY